**92–1595.** State ex rel. Greene v. Williams. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective November 4, 1992.

**92–1839.** Seitz v. Seitz. *Greene County,* No. 91–CA–67. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Greene County to certify its record. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective November 4, 1992.

**92–1946.** In re Morgan. *Knox County,* No. 91–CA–27. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Knox County to certify its record and was considered in a manner prescribed by law. On application of counsel for appellee, this cause is hereby dismissed, November 4, 1992, for lack of prosecution pursuant to Section 1, Rule II of the Supreme Court Rules of Practice.